# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2025

The Hon. Judith McCarthy
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**APPLICATION GRANTED**

*Judith C. McCarthy*
Hon. Judith C. McCarthy
7-8-2025

Re: *United States v. Brian Fullerton*, 25-mj-1448

Dear Judge McCarthy,

    I write to request a bond modification to permit Mr. Fullerton to work in the District of New Jersey with pretrial approval.

    By way of background, Mr. Fullerton was arrested on a three-count complaint alleging violations of 18 U.S.C. § 2251(a). This Court released Mr. Fullerton on extensive conditions, including an unsecured $100,000 bond signed by two financially responsible individuals, home detention with electronic monitoring, and restricted travel to the Southern and Eastern District of New York.

    On May 30, 2025, with pretrial approval, Mr. Fullerton began working for Lowe's Home Improvement in Orangeburg, New York. He is working approximately 20 hours a week but is anxious to work more hours to help support his family. Recently, Lowe's offered him additional shifts at its Paramus, New Jersey location. He would like to accept these extra hours, but requires Court permission to travel to the District of New Jersey.

    As such, Mr. Fullerton requests that this Court modify his bond conditions to permit him to work in the District of New Jersey with pretrial approval.

    Defense counsel has discussed this requested adjournment with AUSA Carmi Schickler and Pretrial Services Officer Viossany Harrison. Neither has an objection to this requested modification.

Sincerely,

*Rachel Martin*
Rachel Martin

cc: AUSA Carmi Schickler
       Pretrial Services Officer Viossany Harrison