UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                          **4TH ORDER OF CONTINUANCE**

       -against-                                                25 Mag. 1448

BRIAN LIAM FULLERTON,

                                 Defendant.
-------------------------------------------------------------------X

        Adjourned to September 17, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: August 20, 2025
       White Plains, New York

                                                       SO ORDERED:

                                                       _____
                                                       ANDREW E. KRAUSE
                                                       United States Magistrate Judge