# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 11, 2025

The Honorable Judge McCarthy
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  **United States v. Brian Fullerton**, 25 MJ 1448

Dear Honorable Judge McCarthy,

    I write to request a bail modification hearing be scheduled in this case on September 22nd, if this date is available for the Court. Mr. Fullerton will request to move back home with his wife and daughter. Pre-Trial Services and the Government do not object to this request.

    Mr. Fullerton is prepared to agree to a condition that should Your Honor grant his request for a modification to move back home, his daughter's electronic devices must be secured in a locked location by his wife when not in use by his daughter. Mr. Fullerton, his wife and daughter agree to this condition. The Government requests that they be present at the bail modification hearing so the Court may instruct them of these conditions on the record, and they are prepared to attend. Thank you.

Sincerely,

/s/ Jane White

Jane White, Esq.
Assistant Federal Defender

cc:    AUSA Carmi Schickler
       Pre-Trial Services Officer Viosanny Harrison