UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                    **5TH ORDER OF CONTINUANCE**

          -against-                                                25 Mag. 1448

BRIAN LIAM FULLERTON,

                                          Defendant.
-------------------------------------------------------------------x

       Adjourned to October 15, 2025 by Victoria Reznik, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: September 17, 2025
          White Plains, New York

                                                            SO ORDERED:

                                                            _____
                                                             VICTORIA REZNIK
                                                             United States Magistrate Judge