# (CRIMINAL) MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: **JUDGE McCARTHY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

United States of America,                                          Docket No. 25mj1448

        -against-

Brian Fullerton,

                              Defendant(s)
----------------------------------------------------------------X

## Select the type of Hearing or Trial.

| | | | |
|---|---|---|---|
| [ ]Allocution Hearing | [ ]Evidentiary Hearing | [ ]Material Witness Hearing | [ ]Removal Hearing |
| [ ]Appearance Through Counsel | [ ]Extradition Hearing | [ ]Motion Hearing | [ ]Revocation of Probation - |
| [ ]Appearance Without Counsel | [ ]Fatico Hearing | [ ]Nara Report Hearing | [ ] Final Hearing |
| [ ]Arraignment | [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Violation of Supervised |
| [ ]Attorney Appointment Hearing | [ ]Franks Hearing | [ ]Omnibus Hearing | [ ] Release |
| [ ]Bench Trial | [ ]Hearing Out of Jury Presence | [ ]Oral Argument | [ ]Rule 44(c) Hearing |
| [ ]Bond Forfeiture Hearing | [ ]Hearing re Pro Se Status | [ ]Plea Agreement Hearing | [ ]Scheduling Conference |
| [ x ] Bail Modification Hearing | [ ]In Camera Hearing | [ ]Plea | [ ]Show Cause Hearing |
| [ ]Bail Revocation Hearing | [ ]In Chambers Conference | [ ]Preliminary Examination | [ ]Status Conference |
| [ ]Change of Plea Hearing | [ ]Initial Appearance | [ ]Preliminary Revocation | [ ]Suppression Hearing |
| [ ]Competency Hearing | [ ]Initial Appearance - | [ ]Hearing | [ ]Telephone Conference |
| [ ]Contempt Hearing | [ ]Revocation Proceedings | [ ]Pretrial Conference | [ ]Trial Ready Hearing |
| [ ]Curcio Hearing | [ ]Initial Appearance - Rule 40 | [ ]Pre Se (Faretta) Hearing | [ ]Voir Dire |
| [ ]Detention Hearing | [ ]James Hearing | [ ]Psychiatric Report | [ ]Other (Please Specify) |
| [ ]Discovery Hearing | [ ]Jury Selection | [ ]Remand Hearing | |
| [ ]Dispositional Hearing (Juvenile) | [ ]Jury Trial | | |

## Select the action.

[ ]Began     [x ] Held     [ ]Continued     [ ]Completed     [ ]Scheduled for

Date: 9/22/25 Time 11:00 am [x ]am [ ]pm    Duration: (Hr.)___ (Min.) 25

**The defendant present with Jane White. AUSA: Carmi Schickler.**

Bail modification hearing held. Bail modified, on consent of all parties, as follows: The Defendant is permitted to move back home, and his daughter's electronic devices must be secured in a locked location by his wife when not in use by his daughter.

                                                                       Submitted by: Jessica Hummel
                                                                                Deputy Court Clerk