AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25 Mag. 1448 |
| BRIAN LIAM FULLERTON | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Liam Fullerton.

Date: October 6, 2025

*Attorney's signature*

Kerry A. Lawrence kl0530
*Printed name and bar number*

Law Office of Kerry Lawrence, PLLC
140 Grand Street, Suite 705
White Plains, NY 10601
*Address*

kerry@kerrylawrencelaw.com
*E-mail address*

914-946-5900
*Telephone number*

*FAX number*

Print    Save As...    Reset