UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

BRIAN LIAM FULLERTON,

Defendant.
-----------------------------------------------------------------X

STIPULATION IN SUPPORT
OF APPLICATION FOR
7th OR SUBSEQUENT
ORDER OF CONTINUANCE AND
12th ORDER OF CONTINUANCE

25 Mag. 1448

The United States of America and the defendant jointly request and agree that the time period from 04/01/2026 to 04/29/2026 be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The defendant was charged with violations of 18 U.S.C. § 2251(a) and (e) in a complaint dated May 1, 2025, presented before Magistrate Judge Judith C. McCarthy on May 2, 2025, and released on conditions.

The parties submit that there is good cause for an additional exclusion of time, because the parties are exploring a possible disposition of this case prior to trial. Specifically, defense counsel submitted a mitigation submission on or about December 15, 2025. The Government has finished its review of the mitigation submission and is preparing a proposed plea agreement to offer.

By the following signatures we agree and consent to the exclusion of time noted above:

_____  3/29/26
Defendant's Counsel         Date
Kerry Lawrence, Esq.

_____  03/27/26
Assistant U.S. Attorney     Date
Carmi Schickler

The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. The defendant consents and agrees to the above request.

_____  3/29/26
Defendant                   Date
BRIAN LIAM FULLERTON

The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **04/01/2026** to **04/29/2026** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above.   The Court further orders: _____.

Dated: _____4-1-2026_____
        White Plains, New York

**SO ORDERED**

_____
Hon. Judith C. McCarthy
United States Magistrate Judge